# Exhibit 1

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

Reg. No. 3,284,076

## United States Patent and Trademark Office

Registered Aug. 28, 2007

## TRADEMARK
### PRINCIPAL REGISTER



SOLO CUP COMPANY (ILLINOIS CORPORA-
TION)
1700 OLD DEERFIELD ROAD
HIGHLAND PARK, IL 60035

    FOR: PLASTIC CUP LIDS, IN CLASS 20 (U.S. CLS.
2, 13, 22, 25, 32 AND 50).

    FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

SEC. 2(F).

SER. NO. 76-357,255, FILED 1-10-2002.

CAROLYN CATALDO, EXAMINING ATTORNEY

# Exhibit 2



# Exhibit 3

SANS® Foodservice | Enjoy Meal & Go Green!                    Page 1 of 2

Case: 1:15-cv-04365 Document #: 1-1 Filed: 05/18/15 Page 7 of 25 PageID #:18

*Green the life everyday!*

**Products**          **About Us**          **Go Green**          **Custom Made**          **Contact Us**



## PAPER HOT CUPS & LIDS

- TWO OPTIONS: PLA & PE LINING
- 4/8/10/12/16/20/24OZ
- MATCH WITH CPLA & PS LIDS

 ingeo™          

 COMPOSTABLE

### ABOUT SANS

SANS® Foodservice a China-based one-stop provider with a full line of products - cutlery, cups, containers, plates & bowls...etc for foodservice, dine-in or takeout, as well as the beverage.

LEARN MORE

### GO GREEN

**Enjoy Meal & Go Green!**

To-Go and enjoy fresh food & beverage with SANS® eco-friendly packaging. Guilty free.

LEARN MORE

### CUSTOM MADE

Custom design & engraving cutlery, Custom printed paper hot cups, Custom printed paper food containers…

Customize your cutlery & paper cups with SANS® now!

LEARN MORE

Commitment     Site Map                                              **SANS® | enjoy meal & go green!**

© 2010-2015 SANS® Foodservice. All Rights Reserved.

Case: 1:15-cv-04365 Document #: 1-1 Filed: 05/18/15 Page 8 of 25 PageID #:19

SANS® Foodservice | Enjoy Meal & Go Green!　　　　　　Page 1 of 2

Case: 1:15-cv-04365 Document #: 1-1 Filed: 05/18/15 Page 9 of 25 PageID #:20

*Green the life everyday!*

Products　　　About Us　　　Go Green　　　Custom Made　　　Contact Us

**PRODUCTS**

- Utensils
- Hot Cups
- Vending Paper Cups
- Cold Paper Cups
- Paper Containers
- Other Stuff

Home » About Us

## About Us



SANS® Foodservice is a China-based one-stop provider with a full line of products - cutlery, cups, containers, plates & bowls…etc for foodservice, dine-in or takeout, as well as the beverage.

**Why Choose Us?**
— We focus on high quality foodservice packaging.
— We carry a full line of foodservice products.
— We listen to you and exceed your expectation.

**Our Vision**
Enjoy Meal & Go Green.

**Our Goal**
Provide high quality & compostable foodservice solution for our customers.

**Our Attitude**
0 — Never forget we are a Startups.
1 — To be the leading supplier in the foodservice industry.
6 — Focus on to meet the customer's needs.
9 — Live today, think tomorrow.

**Our Team**
Share, Family & Have fun!

Commitment　　Site Map　　　　　　　　　　　　　　　　　**SANS® | enjoy meal & go green!**

© 2010-2015 SANS® Foodservice. All Rights Reserved.

Case: 1:15-cv-04365 Document #: 1-1 Filed: 05/18/15 Page 10 of 25 PageID #:21

PS Hot Lids-Hot Cups-SANS® Foodservice | Enjoy Meal & Go Green!                    Page 1 of 2

Case: 1:15-cv-04365 Document #: 1-1 Filed: 05/18/15 Page 11 of 25 PageID #:22

*Green the life everyday!*

**Products**       **About Us**       **Go Green**       **Custom Made**       **Contact Us**



Home » Products » Hot Cups » PS Hot Lids

## PS Hot Lids

You will feel cool with SANS® snap and always fit lids. Black and White colors are available.

### PRODUCTS

**Utensils**

**Hot Cups**

PLA Paper Hot Cups / Single Wall

PLA Paper Hot Cups / Double Wall

PLA Paper Hot Cups / Ripple

Paper Hot Cups / Single Wall

Paper Hot Cups / Double Wall

Paper Hot Cups / Ripple

CPLA Hot Lids

PS Hot Lids

**Vending Paper Cups**

**Cold Paper Cups**

**Paper Containers**

**Other Stuff**



**80mm Black PS Hot Lids for 8oz Hot Paper Cups**

Item #: ST-HL8PSB
Dia.: 80mm
Case count: 50x20
Case size: 43x24x36cm



**80mm White PS Hot Lids for 8oz Hot Paper Cups**

Item #: ST-HL8PSW
Dia.: 80mm
Case count: 50x20
Case size: 43x24x36cm



**90mm Black PS Lids for 10/12/16/20/24oz Hot Paper Cups**

Item #: ST-HL1024PSB
Dia.: 90mm
Case count: 50x20
Case size: 48x38x31.5cm



**90mm White PS Lids for 10/12/16/20/24oz Hot Paper Cups**

Item #: ST-HL1024PSW
Dia.: 90mm
Case count: 50x20
Case size: 48x38x31.5cm

Commitment    Site Map                                                                        **SANS® | enjoy meal & go green!**

© 2010-2015 SANS® Foodservice. All Rights Reserved.

Case: 1:15-cv-04365 Document #: 1-1 Filed: 05/18/15 Page 12 of 25 PageID #:23

# Exhibit 4

**Products**          **About Us**          **Go Green**          **Custom Made**          **Contact Us**



## PAPER HOT CUPS & LIDS

- TWO OPTIONS: PLA & PE LINING
- 4/8/10/12/16/20/24OZ
- MATCH WITH CPLA & PS HOT LIDS

            

COMPOSTABLE

### ABOUT US

FroYoSupplies.com® - a division of Sans Packaging, is #1 manufacturer of frozen yogurt & cafe supplies - yogurt spoons & cups, hot paper cups & lids, cutlery, containers, plates & bowls...and more!

LEARN MORE

### GO GREEN

**Enjoy Meal & Go Green!**

Enjoy frozen yogurt & coffee with FroYoSupplies.com® eco-friendly packaging. Guilty free.

LEARN MORE

### CUSTOM MADE

Custom design & engraving spoons, Custom printed paper food containers, Custom printed paper hot cups...

Customize your products with FroYoSupplies.com® now!

LEARN MORE

Commitment     Site Map

**FroYoSupplies.com® | Your #1 Source for Frozen Yogurt & Cafe Supplies!**

© 2010-2015 FroYoSupplies.com®. All Rights Reserved.

**Products**          **About Us**          **Go Green**          **Custom Made**          **Contact Us**

## PRODUCTS

- **Yogurt Spoons**
- **Yogurt Paper Cups**
- **Hot Cups**
- **Vending Paper Cups**
- **Cold Paper Cups**
- **Clear Cold Cups**
- **Utensils**
- **Sugarcane Containers**
- **Sugarcane Plates & Bowls**
- **Other Stuff**

Home » About Us

## About Us



FroYoSupplies.com® - a division of Sans Packaging Co., is #1 manufacturer of frozen yogurt & cafe supplies including yogurt spoons, paper yogurt cups & lids, paper hot cups & lids, plastic cups & lids, utensils...and more in China. Since the inception of 2010, we serve quality and customer service as our core value.

100% biodegradable & compostable products are our outstanding superiority, which substitute to traditional plastic & paper disposables. Our environmentally friendly products including PLA & PSM utensils, PLA yogurt paper cups, PLA clear cold cups, PLA hot paper cups, CPLA lids...and more.

**OUR VISION**
Your #1 Source for Frozen Yogurt & Cafe Supplies!

**OUR MISSION**
Provide high quality & one-stop solution for the frozen yogurt & cafe supplies.

Commitment     Site Map                                        **FroYoSupplies.com® | Your #1 Source for Frozen Yogurt & Cafe Supplies!**

© 2010-2015 FroYoSupplies.com®. All Rights Reserved.

Case: 1:15-cv-04365 Document #: 1-1 Filed: 05/18/15 Page 17 of 25 PageID #:28

**Products**          **About Us**          **Go Green**          **Custom Made**          **Contact Us**



Home » Products » Hot Cups » PS Hot Lids

## PS Hot Lids

To make a snap on and always fit lid is not a easy thing. I am happy that SANS™ PS hot lid is a good quality one.

Black and White colors are available.

## PRODUCTS

**Yogurt Spoons**

**Yogurt Paper Cups**

**Hot Cups**

PLA Paper Hot Cups / Single Wall

PLA Paper Hot Cups / Double Wall

PLA Paper Hot Cups / Ripple Wall

Paper Hot Cups / Single Wall

Paper Hot Cups / Double Wall

Paper Hot Cups / Ripple Wall

CPLA Hot Lids

PS Hot Lids

**Vending Paper Cups**

**Cold Paper Cups**

**Clear Cold Cups**

**Utensils**

**Sugarcane Containers**

**Sugarcane Plates & Bowls**

**Other Stuff**



**80mm Black PS Hot Lids for 8oz Hot Paper Cups**

Item #: ST-HL8PSB
Dia.: 80mm
Case count: 50x20
Case size: 43x24x36cm



**80mm White PS Hot Lids for 8oz Hot Paper Cups**

Item #: ST-HL8PSW
Dia.: 80mm
Case count: 50x20
Case size: 43x24x36cm



**90mm Black PS Hot Lids for 10/12/16/20/24oz Hot Paper Cups**

Item #: ST-HL1024PSB
Dia.: 90mm
Case count: 50x20
Case size: 48x38x31.5cm



**90mm White PS Hot Lids for 10/12/16/20/24oz Hot Paper Cups**

Item #: ST-HL1024PSW
Dia.: 90mm
Case count: 50x20
Case size: 48x38x31.5cm

Commitment    Site Map

**FroYoSupplies.com® | Your #1 Source for Frozen Yogurt & Cafe Supplies!**

© 2010-2015 FroYoSupplies.com®. All Rights Reserved.

**Exhibit 5**



# Exhibit 6

# SANS

enjoy meal & go green

David Sany/单成军
Founder & CEO

d.sany@sansfs.com

No.99 Jiajia Road, Shengzhou, Zhejiang 312400, CHINA
T +86-575-8334 1675   M +86-1865755 6516
www.sansfs.com | www.froyosupplies.com | http://shop.sansfs.com

